UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-23599-CIV-HUCK/O'SULLIVAN

NICHOLS BROSCH WURST WOLFE
& ASSOCIATES, INC., a Florida Corp.,

    Plaintiff,

v.

PRIMIS CORP. LIMITED, a foreign
corp., and NEIL R. SEEPERSAD, indivdually,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court following a hearing on Shutts & Bowen LLP's Motion for Leave to Withdraw as Counsel for Defendants Primis Corporation Limited and Neil R. Seepersad (DE# 17, 6/9/10). Having heard from the parties including the individual defendant Neil R. Seepersad, it is

ORDERED AND ADJUDGED that by **Tuesday, July 13, 2010**, Mr. Seepersad shall meet with his counsel and provide her with documents responsive to the outstanding discovery. By **Thursday, July 15, 2010**, counsel for the defendants shall provide to the plaintiff the defendants' responses to the outstanding discovery. Counsel for the defendants shall also file a notice with the Court indicating whether she was able to meet with Mr. Seepersad and respond to the outstanding discovery. Counsel's notice shall include the current contact information for Mr. Seepersad including his email and telephone number. Upon receipt of the notice from the defendants' counsel, the Court

will issue an order permitting the defendants' counsel to withdraw from the case. It is further

ORDERED AND ADJUDGED that on or before **Thursday, July 29, 2010**, Mr. Seepersad shall file a notice with the Court indicating whether he will be proceeding pro se and whether he has obtained counsel for the corporate defendant.  See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) (noting that "[t]he rule is well established that a corporation is an artificial entity that can act only through its agents, cannot appear pro se, and must be represented by counsel."). New counsel for the corporate defendant shall file a notice of appearance no later that **Thursday, July 29, 2010.**

DONE AND ORDERED, in Chambers, at Miami, Florida this **30th** day of June, 2010.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. Dist. Judge Huck
All counsel of record

Copies mailed by Chambers to:
Neil R. Seepersad
c/o Primus Corporation
8 Bengal Street
St. James, Port of Spain
Trinidad, W.I.