UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-23599-CIV-HUCK/O'SULLIVAN

NICHOLS BROSCH WURST WOLFE
& ASSOCIATES, INC., a Florida Corp.,

      Plaintiff,

v.

PRIMIS CORP. LIMITED, a foreign
corp., and NEIL R. SEEPERSAD, individually,

      Defendants.

_____/

## ORDER

THIS CAUSE is before the Court sua sponte. On November 15, 2010, the

undersigned received a fax from defendant Neil R. Seepersad. A copy of this fax is

attached to this Order. Local Rule 5.1(C) states as follows:

RESTRICTION ON COURTESY COPIES

Counsel shall not deliver extra courtesy copies to a Judge's Chambers
except when requested by a Judge's office to delivery a courtesy copy to
Chambers.

S.D. Fla. L.R. 5.1 (C)(2009). The term "counsel" includes pro se litigants. See S.D. Fla.

L.R. 1.1(F) (" [w]hen used in these Local Rules, the word "counsel" shall be construed

to apply to a party if that party is proceeding pro se."). It is

**ORDERED AND ADJUDGED** that in accordance with Rule 5.1 (C), the

defendants shall not fax or mail any further correspondence to the undersigned's

Chambers. If the defendants wish to file any documents, they shall mail them directly to

the United States District Court Clerk's Office, 400 North Miami Avenue, 8th floor,

Miami, FL 33128.  It is further

ORDERED AND ADJUDGED that as soon as practicable, counsel for the

plaintiff shall provide Mr. Seepersad with a copy of this Order either by fax or email.

Counsel for the plaintiff shall **promptly** file a notice of compliance with the Court.

DONE AND ORDERED in Chambers at Miami, Florida this **15th** day of

November, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Huck
All counsel of record

2

Case 1:09-cv-23599-PCH Document 35 Entered on FLSD Docket 11/15/2010 Page 3 of 9

# 力量

## PRIMIS CORPORATION
### LIMITED

**NS 265/2010**

November 15, 2010

Judge John J. O'Sullivan
United States Magistrate Judge
United States District Court
Southern District of Florida
Miami, Florida
**UNITED STATES**

Dear Judge O'Sullivan,

**Re: Case No.09-235999-CIV-HUCK/O'SULLIVAN**

Reference is made to the above captioned court case.

I wish to inform you that I was unwell over the past two weeks due to severe dengue fever, hence the reason for my late actions concerning this important matter.

Please note that I am committed to paying the amount owed to NBWW in full, as soon as my company receives, one of our outstanding receivables from the Central Housing and Planning Authority of Antigua and Barbuda (see attached correspondence). I have followed up with the Government of Antigua and Barbuda and payment will be released in short order. Any shortfall will be covered by my Company's shares or other assets, which we are prepared to assign to your court. We are prepared to assign the entire receivable to NBWW if you so require any outstanding amounts.

Also, I wish to inform you that the signature of the Lease for the construction of the Radisson Airport Hotel is now imminent, as enclosed. This tool is one of the keys which will allow financing to be released for this project and for NBWW to be paid.

---

Mailing Address: P.O. Box 4673, St. James, Trinidad, W.I.
8 Bengal Street, St. James, Port of Spain, Trinidad, W.I.

November 15, 2010                                Re: Case No.09-235999-CIV-HUCK/O'SULLIVAN
Page 2

I understand that I am at the mercy of the Court and kindly request that my Company and I
are not held in contempt of court or any warrants issued, as we are working assiduously
towards an early settlement.


Thanking you for your understanding in this matter.

Yours sincerely,

Neil R. Seepersad
Managing Director


cc:  United States District Judge Huck
     Ms. Peri Rose Huston Miller, Attorney-at-Law, Derrevere, Hawkes, Black & Cozad
     Ms. Therese M. Vento, Attorney-at-Law, Shutts & Bowen LLP



**CENTRAL HOUSING AND PLANNING AUTHORIT**

30th September, 2010.


Mr. Neil Supersad
PRIMIS Corporation Limited
P.O. Box 4673
8 Bengal Street, St. James
Port of Spain
Trinidad.


Dear Mr. Supersad,

### Re: Payment for Two Model Houses at Jolly Hill

At a meeting of the Board of Directors on September 16th, 2010, the Board decided that in accordance with the terms of the License Agreement Clause 15 (Equity), Central Housing & Planning Authority (C.H.A.P.A.) is obliged to reimburse Primis Corporation for the cost of the direct works carried out on the project.

After holding discussions with you and having carried out a thorough review of the invoices and bills submitted by your company, it was recommended by the technicians, and the Board has agreed that C.H.A.P.A. will pay the sum of $760,148.17 to settle its obligations.

C.H.A.P.A. has no objections meeting with you for discussions if required.


Yours truly,


George Pigott
Chairman
Central Housing & Planning Authority

CENTRAL HOUSING &
PLANNING AUTHORITY

SEP 30 2010

ANTIGUA

c.c.    Hon. Hilson Baptiste - Minister of Agriculture, Lands, Housing & The Environment
        Mr. Pretzel Joseph – Housing Executive Officer – Central Housing & Planning Authority


RECEIVED OCT 2 1 2010

P.O. Box 868 • All Saints Road. • St. John's. Antigua
Tel: (268) 462-2033 • (268) 462-0169 • Fax: (268) 462-5584 • e-mail:chapa@candw.ag

**Aurelie Quiatol**

| | |
|---|---|
| **From:** | JJulien [jjulien@mgdaly.com] |
| **Sent:** | Sunday, October 31, 2010 9:39 AM |
| **To:** | Neil Seepersad; Felix Bartholomew; aurelie@primiscorp.com; William N. Jacobs; Donald J. Curotto; Jo-Anne Julien; claire Phipps |
| **Subject:** | FW: Piarco Airport Lease - Primis |
| **Attachments:** | PRIMIS PAGES.doc; PRIMIS LEASE OUTSTANDING MATTERS.doc |

Further to the email below, I will to advise as to the outstanding matters for resolution. Please see the attached and you would note that there are no many open matters. However, Primis must review these matters and provide instructions to us or discuss same with AATT.

We await further word from you

Regards

Jo-Anne Julien
jjulien@mgdaly.com

 M.G. DALY & PARTNERS

115a Abercromby Street,
Port of Spain,
Trinidad
Republic of Trinidad and Tobago
TEL: (868) 627-9014
FAX: (868) 627-5006
www.mgdaly.com < http://www.mgdaly.com/ >

---------------------------------------------------------------

CONFIDENTIALITY NOTICE

This communication (including the attachments) is confidential, may be attorney-client privileged, may constitute inside information, and is authorized solely for the use of the addressee(s) in this transaction. It is the property of M.G. DALY & PARTNERS in whom all copyrights and other rights are reserved where so indicated. Unauthorized use, disclosure, copying, reproduction or transmittal of any such copyright material (including the attachments) or any part thereof is strictly prohibited and may be unlawful.

M.G.Daly & Partners shall not be liable for the incomplete transmission of this message nor for any delay in its receipt and does not guarantee the confidentiality or reliability of electronic communications or that this communication is free of viruses, interceptions or interference. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to daly@mgdaly.com and destroy this communication and all copies and backups thereof, including all attachments. Please notify the addressee by telephone before submitting Urgent or Critical electronic communications. Thank you.

For more information about M.G. Daly & Partners., please visit our website at http://www.mgdaly.com < http://www.mgdaly.com >

------ Forwarded Message
**From:** John Main < john.mair@mairandcompany.com >
**Organization:** Mair and Company
**Reply-To:** John Main < john.mair@mairandcompany.com >
**Date:** Tue, 5 Oct 2010 12:04:07 -0400
**To:** Jo-Anne Julien < jjulien@mgdaly.com >, 'Louis Frederick' < louisj@tntairports.com >, 'Hayden Newton'

<HNewton@tntairports.com>, <corporate secretary@tntairports.com>
Cc: SHARON CLARK-ROWLEY <sclarkrowley@mgdaly.com>, claire Phipps <cphipps@mgdaly.com>
Subject: RE: Piarco Airport Lease - Primis

Dear Jo-Anne,

I refer to your recent emails and confirm that we now have instructions to proceed to prepare the Agreement of Lease for signing. I attach pages from the draft Agreement of Lease and Lease containing unresolved matters or showing where details are to be supplied by Landlord or Tenant or places where I had made amendments to the draft in your possession. Most of the unresolved matters are, to my mind, of a minor nature and I do hope we may be able to resolve them swiftly.

I look forward to hearing from you.

John

**John Mair**
**Managing Partner**

# Mair and Company

P.O. Box 746, Associacao Portuguesa Building
Suite 6, 50 Richmond Street, Port of Spain,
Trinidad, W.I.
Tel: (868) 625-0428
Fax: (868)623-9117

E-Mail: john.mair@mairandcompany.com <mailto:john.mair@mairandcompany.com>

Website:www.mairandcompany.com <http://www.mairandcompany.com>

The information in this e-mail and any attachments is confidential and may be legally privileged. It is intended only for the addressee and others authorised to receive it. If you are not the intended recipient, any disclosure, copying, disbribution or action taken in reliance on the contents of the information contained in this e-mail or attachments is prohibited and may be unlawful. Please advise the sender immediately if you are not the intended recipient. Mair & Company asserts the right to be identified as the author of and object to misuses of the contents of this e-mail and any attachments. Although this e-mail and any attachments are believed to be free of any virus, or any other defect which might affect any computer or IT system into which they are received and opened, it is the responsibility of the recipient to ensure that they are virus free and no responsibility is accepted by the sender or Mair & Company for any loss or damage in any way from receipt or use thereof.

**From:** Jo-Anne Julien [mailto:jjulien@mgdaly.com]
**Sent:** Wednesday, September 29, 2010 2:42 PM
**To:** John Main; claire Phipps; SHARON CLARK-ROWLEY
**Subject:** Re: Piarco Airport Lease - Primis

John, my client informs that he got a call today from Mr. Louis Fredrick of the Airports Authority who asked if the Lease was ready. I am really taken aback because it appears that the lay clients seem to think that we had finalised the document fully and it was just a matter of execution. To my recollection there were some commercial and a few more minor drafting issues to be resolved and a further draft was to be generated.

I will as requested wait to hear from you, but I just thought that I would let you have the update.

I am leaving the country tomorrow for 2 weeks and am back on the 15th October. I should have access to email and would be prepared to look at any revisions whilst I am abroad all things being equal

I should be grateful if all emails could be copied to Claire and Sharon above to avoid my missing anything that is sent.

Regards

Jo-Anne

On 9/20/10 3:22 PM, "John Main" < john.mair@mairandcompany.com > wrote:

Dear Joanne,

I do not have but am seeking new instructions on the captioned matter and will revert to you when I have received the same.

Best Regards.


John


**John Mair**
**Managing Partner**

# Mair and Company

P.O. Box 746, Associacao Portuguesa Building
Suite 6, 50 Richmond Street, Port of Spain,
Trinidad,W.L
Tel: (868) 625-0428
Fax: (868)623-9117
E-Mail: john.main@mairandcompany.com
Website:www.mairandcompany.com <http://www.mairandcompany.com>

The information in this e-mail and any attachments is confidential and may be legally privileged. It is intended only for the addressee and others authorised to receive it. If you are not the intended recipient, any disclosure, copying, disbribution or action taken in reliance on the contents of the information contained in this e-mail or attachments is prohibited and may be unlawful. Please advise the sender immediately if you are not the intended recipient. Mair & Company asserts the right to be identified as the author of and object to misuses of the contents of this e-mail and any attachments. Although this e-mail and any attachments are believed to be free of any virus, or any other defect which might affect any computer or IT system into which they are received and opened, it is the responsibility of the recipient to ensure that they are virus free and no responsibility is accepted by the sender or Mair & Company for any loss or damage in any way from receipt or use thereof.


**From:** Jo-Anne Julien [mailto:jjulien@mgdaly.com]
**Sent:** Monday, September 20, 2010 2:56 PM
**To:** John Mair
**Subject:** FW: Piarco Airport Lease - Primis

Hi John,, please see the email from my client below.

Do you have an recent instructions from your client such that we are in a position to finalise the document.

Thanks


*Jo-Anne*
jjulien@mgdaly.com

 M.G. DALY & PARTNERS

115a Abercromby Street,
Port of Spain,
Trinidad
Republic of Trinidad and Tobago
TEL: (868) 627-9014
FAX: (868) 627-5006
www.mgdaly.com < http://www.mgdaly.com/ >


---- Forwarded Message

**From:** Neil R Seepersad < neilrseepersad@yahoo.com >
**Reply-To:** < neilrseepersad@yahoo.com >
**Date:** Mon, 20 Sep 2010 11:12:23 -0700 (PDT)
**To:** Jo-Anne Julien < jjulien@mgdaly.com >
**Cc:** Bill Jacobs < wjacobs@shutts.com >, Auelie Quiatol < aurelie@primiscorp.com >
**Subject:** Piarco Airport Lease

Jo-Anne
I have been contacted by the AATT with a view to executing the lease for the Airport Hotel. They have asked for confirmation that this can be executed and that the Lease is in a state ready for execution.
Can you kindly confirm this at your earliest and if not what else is required in order to do so?
Best wishes
Neil

Neil R Seepersad